FILED - USDC - FLMD - FTM
MAY 21 2026 PM12:25

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID B. SMALL,

Plaintiff,

v.

THOMAS LAWRENCE CONSTRUCTION, LLC,

Defendant.

Case No.: 2:26-cv-00088-JES-NPM

**NOTICE OF ASSIGNMENT OF CERTAIN CLAIMS AND RIGHTS AND RELATED ACTION FILED BY ALEK MIRKO MASON, INDIVIDUALLY AND AS ASSIGNEE**

Alek Mirko Mason files this Notice for the limited purpose of advising the Court and the parties of an assignment of certain claims and rights and a related civil action. This Notice is not filed as an appearance by counsel for Thomas Lawrence Construction, LLC, and Alek Mirko Mason does not seek to represent Thomas Lawrence Construction, LLC in this action.

1. This action is pending between Plaintiff David B. Small and Defendant Thomas Lawrence Construction, LLC.
2. Thomas Lawrence Construction, LLC previously appeared through counsel in this action.
3. The Court has provided Thomas Lawrence Construction, LLC a period of time to obtain substitute counsel.
4. Thomas Lawrence Construction, LLC has made substantial efforts to obtain substitute counsel. Those efforts included contacting multiple attorneys and law firms regarding representation in this matter. Based on the company's present financial condition and the cost of replacement counsel, Thomas Lawrence Construction, LLC has not been able to secure substitute counsel.
5. Alek Mirko Mason understands that a limited liability company may not appear in federal court without licensed counsel. This Notice is therefore not intended to assert claims, defenses, counterclaims, or legal arguments on behalf of Thomas Lawrence Construction, LLC.
6. To preserve rights arising from the matters at issue in this action, Thomas Lawrence Construction, LLC assigned to Alek Mirko Mason individually certain claims, contract rights, payment rights, lien rights, receivables, setoff and recoupment rights, and related

enforcement rights arising from or relating to the construction projects and transactions involved in this case.

7. Alek Mirko Mason has filed, or is submitting for filing, a separate civil action in this Court in his individual capacity and as assignee of certain claims and rights of Thomas Lawrence Construction, LLC.

8. The separate action is captioned Alek Mirko Mason, individually and as assignee of certain claims and rights of Thomas Lawrence Construction, LLC v. David B. Small and Robin E. Small, and is pending assignment of a case number.

9. The separate action concerns overlapping construction projects, payment disputes, lien rights, assigned claims, contract rights, receivables, setoff and recoupment rights, and related enforcement rights arising from or relating to the same general transactions involved in this case.

10. This Notice is filed solely to advise the Court and the parties of the assignment and related action so that any issues concerning related-case treatment, consolidation, coordination, abatement, claim overlap, scheduling, or other procedural matters may be addressed through proper procedure if raised by the Court or a party.

11. Alek Mirko Mason is not appearing as counsel for Thomas Lawrence Construction, LLC, is not filing this Notice as a legal representative of Thomas Lawrence Construction, LLC, and is not attempting to assert claims, defenses, counterclaims, or legal arguments on behalf of Thomas Lawrence Construction, LLC in this action.

12. Alek Mirko Mason reserves all rights in his individual capacity and as assignee of certain claims and rights of Thomas Lawrence Construction, LLC, including all rights asserted or to be asserted in the separate related action.

Respectfully submitted,

Alek Mirko Mason
Individually and as assignee of certain claims and rights of
Thomas Lawrence Construction, LLC

14132 FM 1097 Road West
Suite 300 PMB 1030
Willis, Texas 77318
Email: amason.litigation@gmail.com
Phone: (830) 830-6374

CERTIFICATE OF SERVICE

I certify that on May 21, 2026, I served this Notice by U.S. Mail on all counsel of record in this action.

Alek Mirko Mason